FILED
CHARLOTTE, NC
JAN 2 6 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS RAMON CASTRO-ROCHA | Docket No. 3:09-cr-108-C<br><br>**ORDER UNSEALING INDICTMENTS AND OTHER DOCUMENTS** |

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment be unsealed by this court,

**IT IS HEREBY ORDERED** that the Bill of Indictment be unsealed immediately.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 26 day of January 2010.

_____
UNITED STATES MAGISTRATE JUDGE