**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CR108-RJC-DSC**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| CARLOS RAMON CASTRO-ROCHA<br>also known as "Cuate", | |
| Defendant. | |

**THIS MATTER** is before the Court on the "Government's Motion to Unseal Indictment and Arrest Warrant" (document #11), filed June 2, 2010.  For the reasons stated therein, the Motion is **GRANTED**, that is, the Bill of Indictment and Arrest Warrant in this case are to be unsealed at this time.

The Clerk is directed to certify copies of this Order to the U.S. Attorney's Office.

**SO ORDERED**.

Signed: June 4, 2010

David S. Cayer
United States Magistrate Judge